■ In the Matter of ELIZABETH HOFFMAN, as Mayor of the City of North Tonawanda, et al., Respondents, v CITY OF NORTH TONAWANDA PLANNING COMMISSION, Respondent, and PALUMBO ENTERPRISES, INC., et al., Appellants.—Judgment unanimously affirmed without costs for reasons stated in memorandum decision at Supreme Court, Fallon, J. (Appeal from judgment of Supreme Court, Niagara County, Fallon, J. —art 78.) Present—Callahan, J. P., Doerr, Denman, Lawton and Davis, JJ.